KEITH HALL, Appellant, v. SHERIFF, CLARK COUNTY, NEVADA, Respondent.

No. 7138

March 29, 1973                    507 P.2d 1039

*Douglas R. Pike,* of Las Vegas, for Appellant.

*Robert List,* Attorney General, Carson City; *Roy A. Woofter,* District Attorney, and *H. Leon Simon,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

In this case, the district court correctly determined, contrary to appellant's contention, that probable cause was established at the preliminary examination to show that embezzlement had been committed by appellant. NRS 205.300; NRS 171.206; State v. Trolson, 21 Nev. 419, 32 P. 930 (1893). See State v.

Monahan, 50 Nev. 27, 249 P. 566 (1926) and State v. Compton, 450 P.2d 79 (Idaho 1969).
Affirmed.